# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CA DEPARTMENT OF CORRECTIONS & REHABILITATION, *et al.*,<br><br>　　　　Defendants. | Case No.  1:24-cv-00522-JLT-BAM (PC)<br><br>ORDER CONFIRMING RECEIPT OF FIRST AMENDED COMPLAINT AND VACATING DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AS MOOT |

Plaintiff John Edward Mitchell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 2, 2025, Plaintiff filed a request to take leave to amend and/or correct the pleadings, which the Court construes as a motion to amend the complaint. (ECF No. 16.) On July 7, 2025, the Court granted Plaintiff's motion and directed Plaintiff to file a first amended complaint, limited to 25 pages in length, within thirty days from the date of service of that order. (ECF No. 17.)

Also on July 7, 2025, Plaintiff filed a first amended complaint. (ECF No. 18.) Although not received until July 7, 2025, the first amended complaint was mailed on June 30, 2025. (*Id.* at 26.)

///

1

As the filed first amended complaint complies with the Court's July 7, 2025 order, the Court hereby confirms receipt of Plaintiff's first amended complaint.  <u>Plaintiff does not need to file another copy of his first amended complaint</u>.

Accordingly, the deadline for Plaintiff to file a first amended complaint, (ECF No. 17), is HEREBY VACATED as moot.  The first amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **July 9, 2025**                         /s/ *Barbara A. McAuliffe*          
                                                     UNITED STATES MAGISTRATE JUDGE